Case 3:17-cr-00003-RLY-CSW   Document 56   Filed 10/31/24   Page 1 of 3 PageID #: 250

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 3:17-cr-00003-RLY-CSW-01 |
| MICHAEL SWOPE | ) | USM No: 15838-028 |

Date of Original Judgment: 10/2/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/28/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/31/2024

*Judge's signature*

Effective Date:
*(if different from order date)*

RICHARD L. YOUNG, Judge

A CERTIFIED TRUE COPY
Kristine L. Seufert
U.S. District Court
Southern District of Indiana
By: Dina M. Dafe
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cr-00003-RLY-CSW |
| MICHAEL SWOPE, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE**

Defendant Michael Swope filed a motion asking whether any new federal laws apply to reduce his 180-month term of imprisonment. The court interprets his motion as one for a reduction of sentence under Amendment 821 to the United States Sentencing Guidelines. Amendment 821 has several parts. Part A alters the "status points" provision regarding criminal history, and Part B applies only to offenders who have zero criminal history points.

Defendant is ineligible under both retroactive portions of Part A and Part B. Under Part A, he is ineligible because he did not receive status points. Therefore, his criminal history category was and remains at VI. Under Part B, he is ineligible because he received 34 criminal history points. Accordingly, Defendant is ineligible for a sentence reduction. His motion to reduce his sentence under Amendment 821 (Filing No. 46) is **DENIED**.

**SO ORDERED** this 31st day of October 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Mail to:
Michael Swope
Reg. No. 15838-028
USP Florence - High
Inmate Mail/Parcels
5880 Highway 67 South
Florence, CO  81226